PROB 12C
(6/16)

# United States District Court

#### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: July 26, 2023

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 26, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Gabriela Abundiz | Case Number: 0980 1:22CR02106-SAB-1 |
| Address of Offender: Last known: ▇▇▇▇ Yakima, Washington 98901 | |
| Name of Sentencing Judicial Officer: The Honorable Dana L. Christensen, Chief U.S. District Judge | |
| Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: October 19, 2017 | |
| Original Offense: Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(b)(1)(A) and 846 | |
| Original Sentence: Prison - 70 months  TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Todd Swensen | Date Supervision Commenced: January 19, 2022 |
| Defense Attorney: Federal Defenders | Date Supervision Expires: January 18, 2027 |

### PETITIONING THE COURT

To issue a warrant.

On January 21, 2022, supervised release conditions were reviewed and signed by Gabriela Abundiz, acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Ms. Abundiz is considered to be in violation of her supervised release conditions by failing to report to her probation officer since July 7, 2023.

On June 16, 2023, Ms. Abundiz reported to be struggling with her housing and employment. Ms. Abundiz was instructed to report in person to the probation office during the first week of July, no later than July 7, 2023.

On July 7, 2023, this officer attempted to contact Ms. Abundiz with no success.

As of the date of this petition, Ms. Abundiz has made no efforts to contact her probation officer. Ms. Abundiz reported her cellular telephone number is no longer in service. Her whereabouts is unknown.

Prob12C
**Re: Abundiz, Gabriela**
**July 26, 2023**
**Page 2**

> 2     **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
>
> **Supporting Evidence**: Ms. Abundiz is considered to be in violation of her supervised release conditions by failing to report a change of address since July 7, 2023.
>
> On July 7, 2023, in attempts to contact Ms. Abundiz, this officer spoke with Ms. Abundiz' aunt and she stated that Ms. Abundiz no longer lived at her residence and her whereabouts were unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 26, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

7/26/2023

Date