PROB 12C
(6/16)

Report Date: March 19, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 20, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gabriela Abundiz                                  Case Number: 0980 1:22CR02106-SAB-1

Address of Offender:                                     Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Dana L. Christensen, Chief U.S. District Judge

Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 19, 2017

Original Offense:        Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 846 and 841(b)(1)(A)

Original Sentence:       Prison - 70 months                Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Todd Swensen                      Date Supervision Commenced: January 19, 2022

Defense Attorney:        Nick Mirr                         Date Supervision Expires: January 18, 2027

## PETITIONING THE COURT

To issue a warrant.

On January 21, 2022, and on February 12, 2024, supervised release conditions were reviewed and signed by Gabriela Abundiz, acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**:  Ms. Abundiz is considered to be in violation of her supervised release conditions by being charged with Distribution of Fentanyl, in violation of 21 U.S.C. § 841 (a)(1), (b)(1)(B)(vi), on or about August 21, 2023.<br><br>According to the indictment for 1:24CR02013-SAB-1, on or about August 21, 2023, Ms. Abundiz did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl. |
| 2 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Ms. Abundiz is considered to be in violation of her supervised release conditions by failing to report to her probation officer since March 13, 2024.

On March 7, 2024, this officer attempted to contact Ms. Abundiz via telephone call and text message, with no success. This officer requested a call back.

On March 12, 2024, Ms. Abundiz contacted this officer via text message and stated, "Hi Arturo work is been soooo busy but really cool 2 cause I've been learning a lot of new things time flys I did tell my boss I have to get back this week cause I missed to many clases already I will call you latter today when I get out of work."

On this same date, this officer received a call from Ms. Abundiz and she stated to be working in Spokane, Washington. Ms. Abundiz was instructed to report to the Yakima probation office on March 13, 2024. Ms. Abundiz stated that she did not know if she could report to the Yakima office due to work. This officer instructed Ms. Abundiz to report in person to the Spokane office. Ms. Abundiz stated that she should be returning to Yakima on March 14, 2024, and could report to probation office at that time. Ms. Abundiz was instructed to report to the Spokane office on March 13, 2024, or to the Yakima office on March 15, 2024.

On March 13, 2024, Ms. Abundiz failed to report to the probation office in Spokane, and she failed to report to the probation office in Yakima on March 15, 2024.

As of the date of this petition, Ms. Abundiz' whereabouts is unknown.

3   **Special Condition #5**: The defendant shall participate in and successfully complete a program of substance abuse treatment as approved by the United States Probation Office, until the defendant is released from the program by the probation officer. The defendant is to pay part or all of the cost of this treatment, as directed by the United States Probation Officer.

**Supporting Evidence**: Ms. Abundiz is considered to be in violation of her supervised release conditions by being terminated from her substance use treatment program at Merit Resource Services (Merit) on March 13, 2024.

On March 4, 2024, Ms. Abundiz failed to attend her scheduled treatment session at Merit. Ms. Abundiz was sent a letter in an attempt to re-engage in treatment services. Ms. Abundiz needed to contact Merit by March 11, 2024, to avoid her treatment file being closed.

On March 13, 2024, this officer received a letter from Merit dated March 12, 2024, stating that Ms. Abundiz left the treatment program against medical advice and her file was closed.

4   **Special Condition #7**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests, not moire than 365 Breathalyzer tests, and not more than 36 sweat patch applications annually during the period of supervision. The defendant shall pay all or part of the costs of testing as directed by the United States Probation Office.

**Supporting Evidence**: Ms. Abundiz is considered to be in violation of her supervised release conditions by failing to report for drug testing as required on or about February 26, 2024, and March 6, 2024.

Prob12C
Re: Abundiz, Gabriela
March 19, 2024
Page 3

On February 27, 2024, Merit staff reported Ms. Abundiz failed to report for drug testing when her assigned color was called as required on February 26, 2024.

On March 7, 2024, Merit staff reported Ms. Abundiz failed to report for drug testing when her assigned color was called as required on March 6, 2024.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 19, 2024

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

3/20/2024
Date